AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\*\*\*\*\*\_\_\_ DISTRICT OF \_\_NEVADA\_\_

FERNANDO R. JIMENEZ,

    Petitioner,

V.

DIRECTOR, NEVADA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00009-LRH-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

   January 11, 2008                      **LANCE S. WILSON**
                                              Clerk

                                        /s/ Kalani Lizares
                                          Deputy Clerk