AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

FERNANDO R. JIMENEZ,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-cv-00009-LRH-RAM**

DIRECTOR, NEVADA DEPARTMENT
OF CORRECTIONS, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

  January 11, 2008                    **LANCE S. WILSON**
                                                   Clerk

                                                   /s/ Kalani Lizares
                                                    Deputy Clerk